UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRIETTA NICOLE DAWKINS,**

Plaintiff,

v. **No. 4:26-cv-00574-P**

**TARRANT COUNTY COLLEGE DISTRICT, ET AL.,**

Defendants.

**ORDER**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 41. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Plaintiff's claims against Defendant Tarrant County College District are **DISMISSED without prejudice** for insufficient service of process. It further **ORDERS** that Plaintiff's claims against Defendant University of Texas at Arlington are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SO ORDERED** on this **28th day of October 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE